■ In the Matter of WARREN C. HARTY, Petitioner, v. ROBERT MOSES et al., as Members of the Triborough Bridge and Tunnel Authority, Respondents.— Determination confirmed and the petition dismissed, with $20 costs and disburse-

ments to the respondents. No opinion. Concur— Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.